**Order entered May 27, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00844-CV

### ALYSSE BARLOW, Appellant

### V.

### KENDALL RICHARDSON, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16151**

## ORDER

Before the Court is appellee's May 24, 2022 unopposed second motion for an extension of time to file her brief. We **GRANT** the motion and extend the time to **June 30, 2022**. We caution appellee that further extension requests will be disfavored.

/s/    CRAIG SMITH
        JUSTICE